01

02

03

04

05

06 UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
07 AT SEATTLE

08 UNITED STATES OF AMERICA,      )
)   CASE NO. CR18-154-JLR
09      Plaintiff,             )
)
10      v.                    )
)   DETENTION ORDER
11 EDDIE TARIK MUSA BELL JR.,    )
)
12      Defendant.           )
_____ )
13

14 <u>Offense charged</u>:     Distribution of Methamphetamine (two counts); Distribution of Heroin;

15 Felon in Possession of a Firearm; Asset Forfeiture Allegations

16 <u>Date of Detention Hearing</u>:   July 2, 2018.

17        The Court, having conducted a detention hearing pursuant to 18 U.S.C. § 3142(f), and

18 based upon the factual findings and statement of reasons for detention hereafter set forth, finds

19 that no condition or combination of conditions which defendant can meet will reasonably assure

20 the appearance of defendant as required and the safety of other persons and the community.

21      <u>FINDINGS OF FACT AND STATEMENT OF REASONS FOR DETENTION</u>

22        1.     Defendant was not interviewed by Pretrial Services, so his background

01 information, is unknown or unverified. Defendant does not contest entry of an order of

02 detention.

03       2.     Defendant poses a risk of nonappearance based on lack of background

04 information, as well as previous failures to appear and bench warrant activity. Defendant

05 poses a risk of danger based on the nature and circumstances of the offense.

06       3.     There does not appear to be any condition or combination of conditions that will

07 reasonably assure the defendant's appearance at future Court hearings while addressing the

08 danger to other persons or the community.

09 It is therefore ORDERED:

10 1. Defendant shall be detained pending trial, and committed to the custody of the Attorney

11     General for confinement in a correction facility separate, to the extent practicable, from

12     persons awaiting or serving sentences or being held in custody pending appeal;

13 2. Defendant shall be afforded reasonable opportunity for private consultation with counsel;

14 3. On order of the United States or on request of an attorney for the Government, the person

15     in charge of the corrections facility in which defendant is confined shall deliver the

16     defendant to a United States Marshal for the purpose of an appearance in connection with a

17     court proceeding; and

18 4. The Clerk shall direct copies of this Order to counsel for the United States, to counsel for

19     the defendant, to the United States Marshal, and to the United State Probation Services

20     Officer.

21 ///

22 ///

DATED this <u>2nd</u> day of July, 2018.

Mary Alice Theiler
United States Magistrate Judge